UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF NEWBURGH,<br><br>Plaintiff(s),<br>vs.<br><br>96 BROADWAY, LLC and<br>DOUGLAS R. DOLLINGER,<br>Defendant(s). | Case No.: 07CV<br><br>FED. RULE 7.1(a)<br>**DISCLOSURE STATEMENT**<br><br>Civil Action No. 2007/5544 |

**07 CIV. 6419 ROBINSON**

DOUGLAS R. DOLLINGER, and attorney admitted to practice in this Court declares as follows:

Pursuant to Rule 7.1(a) of the federal Rules of Civil Procedure, the undersigned attorney and defendant-pro se, herein is a private citizen non-governmental party, and certifies that defendant has no parent company and that there are no public shareholders which would effect or are applicable to the disclosure in this action, other than the fact that the Plaintiff may be a Municipal Corporation under the laws of the State of New York.

Dated: Newburgh, New York
     July 16, 2007

              Yours, etc.,_____
                           DOUGLAS R. DOLLINGER, Pro-se
                                P.O. Box 1111
                                96 Broadway
                                City of Newburgh
                                Newburgh, New York 12550
                                Tele. (845) 562-9601

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF NEWBURGH,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br><br>96 BROADWAY, LLC and<br>DOUGLAS R. DOLLINGER,<br>　　　　　Defendant(s). | Case No.: 07CV<br><br>FED. RULE 7.1(a)<br>**DISCLOSURE STATEMENT**<br><br>Civil Action No. 2007/5544<br><br>07 CIV. 6419<br>ROBINSON |

　　　DOUGLAS R. DOLLINGER, and attorney admitted to practice in this Court declares as follows:

　　　Pursuant to Rule 7.1(a) of the federal Rules of Civil Procedure, the undersigned attorney and defendant-pro se, herein is a private citizen non-governmental party, and certifies that defendant has no parent company and that there are no public shareholders which would effect or are applicable to the disclosure in this action, other than the fact that the Plaintiff may be a Municipal Corporation under the laws of the State of New York.

Dated: Newburgh, New York
　　　　July 16, 2007
　　　　　　　　Yours, etc.,_____
　　　　　　　　　　　　　　　DOUGLAS R. DOLLINGER, Pro-se
　　　　　　　　　　　　　　　P.O. Box 1111
　　　　　　　　　　　　　　　96 Broadway
　　　　　　　　　　　　　　　City of Newburgh
　　　　　　　　　　　　　　　Newburgh, New York 12550
　　　　　　　　　　　　　　　Tele. (845) 562-9601

4