SIM/loc                              00799-55986                              408823

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE CITY OF NEWBURGH,

                            Plaintiff,                          **NOTICE OF MOTION**

           -against-                              07 CV 6419 (SCR) (MLF)

96 BROADWAY, LLC and
DOUGLAS R. DOLLINGER,

                            Defendants.
------------------------------------------------------------X

SIRS:

      PLEASE TAKE NOTICE that upon the annexed affirmation of STEVEN N. MILLIGRAM, ESQ., dated July 27, 2007, and upon all the prior pleadings and proceedings heretofore had herein, the undersigned will move this Court before the Hon. Stephen Robinson at the United States District Court for the Southern District of New York in White Plains, New York on a date to be set by the Court at 9:30 o'clock in the forenoon of that day for an order:

      1) pursuant to 28 U.S.C. 1447(c), remanding this matter to the Honorable Justice, Joseph G. Owen, Justice of the Supreme Court of the State of New York, County of Orange;

      2) pursuant to 28 U.S.C. 1447(c), awarding attorney's fees and costs to plaintiff; and

      3) for such other and further relief as to this Court may deem just and proper.

Dated:  Newburgh, New York
           July 30, 2007

SIM/loc                              00799-55986                              408823

 

Yours, etc.,

TARSHIS, CATANIA, LIBERTH,
MAHON & MILLIGRAM, PLLC

/S/

By: _____

STEVEN I. MILLIGRAM
Attorneys for Plaintiff
One Corwin Court
P.O. Box 1479
Newburgh, New York 12550
Tel. No. (845) 565-1100

TO:   DOUGLAS R. DOLLINGER
      P.O. Box 1111
      96 Broadway
      City of Newburgh
      Newburgh, New York 12550
      Tel. No. (845) 562-9601