EXHIBIT A PART 3

# CITY OF NEWBURGH
# BUILDING INSPECTION OFFICE

### (845) 569-7400 TELEFAX (845) 569-7435

# BUILDING
# PERMIT

## 2006-00094

This document certifies that a Building Permit has been issued by the City of Newburgh Building Inspector Office for work to be performed at the address listed below.

**Location: 96 Broadway**
**Section, Block. Lot: 30.-5-22**

**Owner: 96 BROADWAY LLC**

**Contractor: MAXIMUM SOLLUTIONS INC**

**This Permit is issued for the following work to be performed:**

**THIS PERMIT IS FOR ROOF REPAIR ONLY PER LETER FROM ARCHITECT DATED FEBRUARY 3, 2006**
**3/24/2006: PERMIT ISSUED FOR REVISED WORK SHOWN ON PLANS AND SUBJECT TO ADDRESSING COMMENTS DATED 3/22/2006**

*✱ NO exterior changes until ARC approval as per Bill Cummings 5-8-06*

**Authorized By:**

**Building Inspector**

**Date: 2/6/2006**
**This Document Must be Conspiciously Posted On The Premises**

**WHELDON A. ABT, ARCHITECT, P.C.**    90 CRYSTAL RUN ROAD • MIDDLETOWN, NY 10941 • 845-695-1444

March 22, 2006

Mr. Bill Cummings, Code Compliance Supervisor
City of Newburgh Building Inspector's Office
22 Grand Street
Newburgh, N.Y.  12550

RE:  Plan Review
     96 Broadway

Dear Mr. Cummings,

Please find enclosed revised Plan Review comments on this project.

A Preliminary Meeting was held for this project at the Building Dept. on 2/14/06.
A Building Evaluation was requested.  The resubmitted plans indicate structural
additions extending to the basement to support the project and 3rd & 4th floor
additions.  The extent of structural alterations, additions, and new elements
make the project basically subject to the Building Code and not Appendix K.  The
plans as revised indicate conformance with the Building Code, subject to the comments.
The proposed project now includes an automatic sprinkler system throughout the building.
Therefore, I recommend that a permit could be issued subject to the following:

1. Structural Inspections are required in accordance with Section 1704.1.1.  A
   list of required inspections & inspectors is to be provided.
2. The plans indicate that the Contractor is to provide shoring and bracing
   plans.  Shoring and bracing plans should be provided prior to structural
   removals and should be signed and sealed by a licensed NYS professional
   engineer.
3. Remaining comments including submission of electrical, mechanical, & plumbing
   plans should be addressed within a reasonable period of time.

Please contact me regarding this Plan Review and project.  Thanks.

Sincerely,

Wheldon A. Abt

CITY OF NEWBURGH BUILDING INSPECTOR'S OFFICE

PROJECT:    96 Broadway                              DATE:  March 22, 2006

REVIEWER:  Wheldon A. Abt, Architect

Drawings & Specifications prepared & certified by:
            Eric Knute Osborn, Architect  NYS Lic.#021585

The following comments are based upon revised and additional Drawings S-1, A-1, A-2,
A-3, A-4, ST-1, ST-2, ST-3, Elect-1, Elect-2, SPRL-1, and SPRL-2 dated through 2/27/06
and the project Preliminary Meeting held 2/14/06.  The comments below reflect by number
previous comments dated 1/23/06 and are in response to the resubmitted materials:

Comment #

1.      Applicable Regulations – Appendix K of the Building Code of NYS.  No response
        required.

2.      General – The project includes the Reconstruction with an Addition of an
        existing building, and was the subject of a Preliminary Meeting on 2/14/2006.
        The Building Evaluation has determined that the Addition (3rd & 4th stories)
        requires structural additions extending to the basement.  This work is subject
        to the Building Code including Chapter 17 for Structural Inspections.  The
        project includes an automatic sprinkler system (NFPA 13) throughout the building.
        See comments below.

3.      Additions – Chapter K9    (#5 on 1/23/06 comments)
        Additions require compliance with the Building Code & Title 19 Codes.  K901.1.
        A.  The Occupancies R3, B, and M are permitted in the structure as shown with
            spearations and the proposed sprinkler system.  The Construction Type is
            indicated as Type III, but also includes Type II on the upper floors.
            No response required.
        B.  Structure – The structural Additions are indicated as in conformance with
            the Building Code for design (Chapter 16).  Conformance with Chapter 17 for
            Structural Tests & Inspections is required.  See Section 1704.1.1 where a
            "statement of special inspections required..& a list of who is authorized
            to perform them" is a building permit requirement.  Submit list of required
            inspections & inspectors.
        C.  Smoke alarms – Smoke alarms are required in the R3 occupancy in accordance
            with Section K904 and Section 907.2.10 of the Fire Code. Detectors are
            required outside the sleeping rooms and on each story of the dwelling unit.
        D.  Accessibility – The dwelling units are required to be "B" type units in
            accordance with Chapter 11.
        E.  Energy Conservation – Compliance with Section K906 is indicated.

4.      Reconstruction & Alterations   (#s 3 & 4 on 1/23/06 comments)
        The project basically requires conformance with the Building Code due to the
        extent of the Alterations and Additions.  New elements of Alterations require
        conformance with the Building Code:
        A.  B – Business occupancies on 2nd floor have 1 exit as permitted for spaces
            with maximum occupant loads of 50 persons by Table 1004.2.1.  Indicate
            maximum occupant load.
        B.  Accessibility – Verify maneuvering space (5'diam. or "T" clearances) for
            B & M lavatories in accordance with ICC/ANSI A117.1.

                                Pg. 1 of 2

CITY OF NEWBURGH BUILDING INSPECTOR'S OFFICE

PROJECT:    96 Broadway                                     DATE:  March 22, 2006

Comment #    Continued

4.    Reconstruction & Alterations (Continued)

C.    Rated enclosures & separations including stairs,  corridors,  & occupancy
separations to be in accordance with Chapter 7 & Sections 706 – 708
not Appendix K.  Opening protectives are required for doors & penetrations,
and continuity is required (supporting construction).  Storage under stairs
(R3) requires protection.

D.    Elevator –  Elevator requires conformance with Chapter 30 – Section 3001.2.
Only elevator systems referenced in this Section are permitted.

E.    Electrical, Mechanical, Plumbing –  All electrical work is to be in confor-
mance with Chapter 27 (NFPA 70).  Include GFI protection in lavs and kitchens.
Mechanical systems are to conform to Chapter 28 and the Mechanical Code of
NYS.  Include documentation of ventilation requirements,  lavatory exhaust
systems.  Plumbing Systems to conform to Chapter 29 and the Plumbing Code
of NYS.  Submit professionally certified plans indicating conformance with
Electrical, Mechanical, & Plumbing work with the referenced Codes.  The
sprinkler system requires conformance with NFPA 13 (13R is not permitted
since the building is mixed use).  Provide professionaly certified plans
and hydraulic calculations for the sprinkler system.

END OF COMMENTS

Pg. 2 of 2

Exhibit G

**CITY OF NEWBURGH**
**CODE COMPLIANCE DEPART.**
123 Grand St. Newburgh, NY 12550
Telephone: (845) 569-7400   Fax: (845) 569-0096

Date: 5/2/2006

SBL: 30.-5-22

To: 96 BROADWAY LLC
   96 BROADWAY
   NEWBURGH, NY 12550

Re: Violation Notice Number: 2006-2637
   At: 96 Broadway

Property Owned By: 96 BROADWAY LLC
Premises Occupied By:

PLEASE TAKE NOTICE:
That upon inspection duly made in accordance with the City of Newburgh Code of Ordinances, it appears
that there is upon the premises or property located as name above a violation of the NYS Property
Maintenance Code  Specifically it is believed that there is a violation of Section: 300-26A CITY CODE

There is reason to believe that said condition is Dangerous to Public Safety AND SHALL BE CORRECTED
AT ONCE. Failure to comply with this notice may result in penalty as prescribed by the Ordinances of the
City Of Newburgh.

DESCRIPTION OF VIOLATION: 96 BROADWAY
CERTIFICATE OF APPROPRIATENESS.
NO PERSON SHALL CARRY OUT ANY EXTERIOR ALTERATION,
RESTORATION,RECONSTRUCTION, DEMOLOTION , NEW CONSTRUCTION
OR MOVING OF A LANDMARK, NOR SHALL ANY PERSON MAKE ANY MATERIAL CHANGⁿ
IN THE APPEARANCE OF SUCH A PROPERTY, IT'S
LIGHT FIXTURES, SIGNS, SIDEWALKS, FENCES, STEPS, PAVING OR
OTHER EXTERIOR ELEMENTS VIVIBLE FROM  A PUBLIC STREET OR
ALLEY WHICH AFFECT THE APPEARANCE AND COHESIVENESS OF A DISTRICT AND ⁿ
DESIGNATED PROPERTIES, WITHOUT FIRST
OBTAINING A CERTIFICATE OF APPROPRIATENESS.

CORRECTIVE ACTION NEEDED:
OBTAIN ARC APPROVAL FOR ANY EXTERIOR CHANGES/ EXTERIOR

By Order Of:

You are hereby advised to notify this office when this violation has been corrected by calling the number listed
At that time you should request an appointment for reinspection of the property. If you have any questions
concerning this violation, please call this office and request to speak to: BRUCE TERWILLIGER

CITY OF NEWBURGH
CODE COMPLIANCE DEPARTME
123 Grand St. Newburgh, NY 1255.
Telephone: (845) 569-7400  Fax: (845) 569-0096

Date: 5/2/2006                          SBL: 30.-5-22

To: 96 BROADWAY LLC                     Re: Violation Notice Number: 2006-2636
    96 BROADWAY                              At: 96 Broadway
    NEWBURGH, NY 12550

Property Owned By:  96 BROADWAY LLC
Premises Occupied By:

PLEASE TAKE NOTICE:
That upon inspection duly made in accordance with the City of Newburgh Code of Ordinances, it appears
that there is upon the premises or property located as name above a violation of the  CITY CODE OF
ORDINANCE  Specifically it is believed that there is a violation of Section: 122.12 CITY CODE

There is reason to believe that said condition is Dangerous to Public Safety AND SHALL BE CORRECTF
AT ONCE. Failure to comply with this notice may result in penlaty as prescribed by the Ordinances of th
City Of Newburgh.

DESCRIPTION OF VIOLATION: 96 BROADWAY
122.12.  NO PERSON SHALL COMMENCE THE ERECTION, CONSTRUCTION,
ENLARGEMENT, ALTERATION, REMOVAL, IMPROVEMENT, DEMOLITION, CONVERSION
OR CHANGE IN THE NATURE OF THE OCCUPANCY OF ANY BUILDING OR STRUCTURE,
OR CAUSE THE SAME TO BE DONE, WITHOUT FIRST OBTAINING A SEPARATE BUILDING
PERMIT FROM THE BUILDING OFFICIAL FOR EACH SUCH BUILDING OR STRUCTURE,
EXCEPT THAT NO BUILDING PERMIT SHALL BE REQUIRED FOR THE PERFORMANCE OF
ORDINARY REPAIRS WHICH ARE NOT STRUCTURAL IN NATURE.

CORRECTIVE ACTION NEEDED:
STOP ALL WORK UNTIL PROPER BUILDING PERMIT IS OBTAINED/ EXTERIOR

By Order Of:

You are hereby advised to notify this office when this violation has been corrected by calling the number listed above.
At that time you should request an appointment for reinspection of the property. If you have any questions
concerning this violation, please call this office and request to speak to: BRUCE TERWILLIGER

# CITY OF NEWBURGH
## BUILDING INSPECTOR'S OFFICE
### DAILY INSPECTION RECORD

_____ UPDATE    _____ NO INSPECTION    _____ EXTERIOR    _____ VACANT

INSPECTION NUMBER_____    VIOLATION NUMBER_____

DATE OF INSPECTION___ 5-2-06 _____

ADDRESS:___ 96 Broadway _____

SECTION:_____    BLOCK:__ 0 __    LOT:_____    ZONE_____

OWNER: (NAME AND ADDRESS)

_____

_____ PHONE _____

TYPE OF INSPECTION: _X_ NEW INSPECTION    ____ REINSPECTION

REINSPECTION DATE: 6-2-06

10:00 AM

REASON FOR INSPECTION:
_____ BUILDING PERMIT         _____ INFORMATIONAL          _____ GENERAL
_____ C OF O                  _____ NEIGHBORHOOD/BLOCK     _____ COURT RE
_X_ COMPLAINT                 _____ PLUMBING               _____ PRE-RENTAL

NUMBER OF VIOLATIONS FOUND _ 2 _    NUMBER OF VIOLATIONS CORRECTED _ 0 _

UNIFORM CODE OCC. CLASS _____    NFPA PROPERTY USE CODE _____

ARRIVAL TIME: _ 12:50 _    COMPLETION TIME: _ 12:55 _

NUMBER OF DU'S (IF RESIDENTIAL)_____    PASS/FAIL INSPECTION_____

INSPECTED BY:
_____ GIAMETTA  _X_ TERWILLIGER  _____ MORRILL  _____ BRANSON  _____ POST
_____ JAMES NELSON
_____ A.C. MANDOSKE
_____ L.T. WISEMAN

| LIST OF VIOLATIONS OR COMMENTS: | CODE NUMBER | AREA |
|---|---|---|
| | | 2006-2636 |
| C/A STOP work obtain building permit | 122-12 | exterior |
| C/A obtain ARC approval for exterior changes | 300-26A | exterior 2006-2637 |
| | | |
| | | |
| | | |
| | | |

# CITY OF NEWBURGH
# BUILDING INSPECTOR'S OFFICE

123 Grand Street
Newburgh, NY 12550

Phone:    569-7400
Fax:      569-0096

## COMPLAINT

MEMO TO: _____Bruce_____

MEMO FROM: _____Belissa_____

DATE: _____4-28-06_____

RE: _____96 Broadway_____

COMPLAINT NAME: _____Michael Galore_____

COMPLAINT ADDRESS: _____

COMPLAINT PHONE: _____

_____ WILL MEET INSPECTORS

AT _____ AM/PM ON _____
   (TIME)                    (DATE)

NATURE OF COMPLAINT _____Floor being added onto building. no permit for it, No arc approval.

Exhibit H

# CITY OF NEWBURGH
## Building Inspector's Office
123 Grand Street  Newburgh, NY 12550
Phone: (845) 569-7400 Fax: (845) 569-0096

**Bill Cummings**                                                    5/8/2006
Director of Code Compliance

96 BROADWAY LLC
96 BROADWAY
NEWBURGH, NY
12550

### *LIFTING ORDER TO VACATE*

Re:    96 Broadway

Dear 96 BROADWAY LLC

An inspection was made on 5/8/2006 by the Code Compliance Office.  This inspection will Lift the
Order to Vacate dated 5/2/2006.

Sincerely,

Bill Cummings
Director of Code Compliance

CITY OF NEWBURGH
BUILDING INSPECTOR'S OFFICE
DAILY INSPECTION RECORD

____ UPDATE    ____ NO INSPECTION    ____ EXTERIOR    ____ VACANT

INSPECTION NUMBER _____    VIOLATION NUMBER _____

DATE OF INSPECTION  5-8-06

ADDRESS: 96 Broadway
SECTION:_____    BLOCK: 0_____    LOT:_____    ZONE _____

OWNER: (NAME AND ADDRESS)

_____

_____ PHONE _____

TYPE OF INSPECTION: ____ NEW INSPECTION  X REINSPECTION
                                    REINSPECTION DATE:_____

REASON FOR INSPECTION:
____ BUILDING PERMIT      ____ INFORMATIONAL        ____ GENERAL
____ C OF O               ____ NEIGHBORHOOD/BLOCK   ____ COURT RE
 X COMPLAINT              ____ PLUMBING             ____ PRE-RENTAL
NUMBER OF VIOLATIONS FOUND  0    NUMBER OF VIOLATIONS CORRECTED  0

UNIFORM CODE OCC. CLASS _____    NFPA PROPERTY USE CODE _____
ARRIVAL TIME: 10:00              COMPLETION TIME: 10:30
NUMBER OF DU'S (IF RESIDENTIAL)_____  PASS/FAIL INSPECTION _____

INSPECTED BY:
____ GIAMETTA ____ TERWILLIGER ____ MORRILL ____ BRANSON _____ POST
____ JAMES NELSON
____ A.C. MANDOSKE
____ L.T. WISEMAN

| LIST OF VIOLATIONS OR COMMENTS: | CODE NUMBER | AREA |
|---|---|---|
| Stop Work Lifted | | |
| 2006-2630  Corrected | | |
| agreement reached with cummings, Craig, Dollinger & Terwilliger | | |

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To  96 Broadway LLC
Street, Apt. No.;  96 Broadway
or PO Box No.
City, State, ZIP+4  Newburgh, NY 12550

PS Form 3800, June 2002                    See Reverse for Instructions

7003 3110 0002 2497 9688

Exhibit I

# CITY OF NEWBURGH
# BUILDING INSPECTION OFFICE

### (845) 569-7400 TELEFAX (845) 569-7435

# BUILDING
# PERMIT

## 2006-00287

This document certifies that a Building Permit has been issued by the City of Newburgh Building Inspector Office for work to be performed at the address listed below.

**Location: 96 Broadway**
**Section, Block. Lot: 30.-5-22**

**Owner: 96 BROADWAY LLC**

**Contractor:  96 BROADWAY**

This Permit is issued for the following work to be performed:

THIS PERMIT IS FOR RECONSTRUCTION
TYPE OF SCAFFOLD: WALK-THRU

Authorized By:

**Building Inspector**

Date:  5/13/2006
**This Document Must be Conspiciously Posted On The Premises**

## CITY OF NEWBURGH BUILDING INSPECTOR'S OFFICE
### 22 GRAND ST          PHONE NO: 569-7400          FAX: 569-7435

### SCAFFOLD PERMIT

APPLICANT:____96 Broadway LLC_____

APPLICANT'S ADDRESS:_96 Broadway, Newburgh, Ny 12550_

APPLICANT'S PHONE NO:__845-562-9601_____

WORKERS COMPENSATION INFORMATION (ATTACH COPY)

INSURANCE COMPANY_NYS Insurance fund ; Utica First Ins_

WORKERS COMPENSATION NO._W 1202 053-3_____

EXPIRATION DATE:____3-27-2007_____

PLEASE NOTE:
ALL SCAFFOLDING MUST CONFORM WITH OSHA REQUIREMENT

PROPERTY ADDRESS OF SCAFFOLD:_96 Broadway, Newburgh, NY_

TYPE OF SCAFFOLD:__Walk-Thru_____

DATES SCAFFOLD WILL BE ON PROPERTY:__5/16/06____

SCAFFOLD ERECTED FOR:__Reconstruction_____

OWNER OF PROPERTY:_96 Broadway LLC_____

ADDRESS OF OWNER:_96 Broadway, Newburgh, Ny 12550_

OWNER'S PHONE NO:___845-562-9601_____

FEE:_25.-_____          RECEIPT NO._29755_

APPROVED:

_____

BUILDING INSPECTOR

United Access

Fax # 846-562-9602

5/9/2006

12980A Emmett - Houston TX. 77041 - Office 832-467-1566 - Fax 832-467-1576 - Toll Free 866-301-1566

# Frame Scaffold Price Sheet - New

## Frames

| Item # | Description | Unit Wt./Lbs | Sale Price | Qty Ordered | Total Sale $ | Total Wt Lbs |
|---|---|---|---|---|---|---|
| NWT | 3'X 6'4" Walk Thru | 40 | $41.50 | 0 | $0.00 | 0 |
| WT65 | 5'X 6'4" Walk Thru | 46 | $43.50 | 13 | $565.50 | 598 |
| MF65 | 5'X 6'4" Mason | 44 | $42.50 | 0 | $0.00 | 0 |
| MF55 | 5'X 5' Mason | 38 | $37.00 | 0 | $0.00 | 0 |
| MF45 | 5'X 4' Mason | 28 | $37.00 | 0 | $0.00 | 0 |
| MF35 | 5'X 3' Mason | 27 | $35.00 | 0 | $0.00 | 0 |

## Braces

| Item # | Description | Unit Wt./Lbs | Sale Price | Qty Ordered | Total Sale $ | Total Wt Lbs |
|---|---|---|---|---|---|---|
| B72 | 7'X 2' Cross Brace | 11.6 | $10.75 | 0 | $0.00 | 0 |
| B73 | 7'X 3' Cross Brace | 12.6 | $10.75 | 0 | $0.00 | 0 |
| B74 | 7'X 4' Cross Brace | 13.5 | $10.75 | 4 | $43.00 | 54 |
| B102 | 10'X 2' Cross Brace | 17.5 | $14.50 | 0 | $0.00 | 0 |
| B103 | 10'X 3' Cross Brace | 17.5 | $14.50 | 0 | $0.00 | 0 |
| B104 | 10'X 4' Cross Brace | 17.5 | $14.50 | 18 | $261.00 | 315 |
| GB | Gooser Brace | 18 | $22.00 | 0 | $0.00 | 0 |

## Guard Rail System

| Item # | Description | Unit Wt./Lbs | Sale Price | Qty Ordered | Total Sale $ | Total Wt Lbs |
|---|---|---|---|---|---|---|
| GRPF | Guard Rail Post Female | 8.5 | $12.50 | 0 | $0.00 | 0 |
| GR3 | 3' Guard Rail | 4 | $5.50 | 0 | $0.00 | 0 |
| GR5 | 5' Guard Rail | 5.25 | $6.50 | 0 | $0.00 | 0 |
| GR7 | 7' Guard Rail | 11 | $10.75 | 0 | $0.00 | 0 |
| GR10 | 10' Guard Rail | 10 | $18.00 | 0 | $0.00 | 0 |
| TGR | 5' Guard Rail End Panel | | | | | |

## Ladders

| Item # | Description | Unit Wt./Lbs | Sale Price | Qty Ordered | Total Sale $ | Total Wt Lbs |
|---|---|---|---|---|---|---|
| LF3 | 3' Ladder | 12.6 | $17.00 | 0 | $0.00 | 0 |
| LF6 | 6' Ladder | 20.5 | $26.25 | 0 | $0.00 | 0 |
| LBRK | Ladder Bracket | 7.3 | $18.00 | 0 | $0.00 | 0 |

| Item # | Description | Unit Wt./Lbs | Sale Price | Qty Ordered | Total Sale $ | Total Wt Lbs |
|---|---|---|---|---|---|---|
| SI1P | Screwjack W/Base Plate | 12 | $13.00 | 0 | $0.00 | 0 |
| SWI | Screwjack Swivel | 13 | $13.95 | 0 | $0.00 | 0 |
| SI1S | Screwjack W/Socket | 11.5 | $13.50 | 0 | $0.00 | 0 |
| BP1 | Base Plate | 3 | $6.00 | 22 | $132.00 | 66 |

## Accessories

| Item # | Description | Unit Wt./Lbs | Sale Price | Qty Ordered | Total Sale $ | Total Wt Lbs |
|---|---|---|---|---|---|---|
| CP | Coupling Pin | 1.25 | $1.40 | 0 | $0.00 | 0 |
| SC | Spring Clip Retainer | 0.05 | $0.50 | 0 | $0.00 | 0 |
| PTP | Pigtail Pin | 0.22 | $0.90 | 0 | $0.00 | 0 |
| GP | Gravity Pin | 0.07 | $0.90 | 0 | $0.00 | 0 |
| OR | Outrigger | 20 | $39.50 | 0 | $0.00 | 0 |
| WW | Wheel Well | 20 | $52.50 | 0 | $0.00 | 0 |
| PA | Pully Arm | 35 | $57.50 | 0 | $0.00 | 0 |
| SWI | Frame Stairway w/ hand rail | 75 | $225.00 | 0 | $0.00 | 0 |

## Multifunction Scaffold

| Item # | Description | Unit Wt./Lbs | Sale Price | Qty Ordered | Total Sale $ | Total Wt Lbs |
|---|---|---|---|---|---|---|
| MFWGR | Multifunction W/ Guardrail | 172 | $375.00 | 0 | $0.00 | 0 |
| MFS | Multifunction Scaffold | 132 | $250.00 | 0 | $0.00 | 0 |
| MFS | Mini Multifunction | 70 | $120.00 | 0 | $0.00 | 0 |
| MDS&FS | 5' Steel Folding Multifunction | 106 | $150.00 | 0 | $0.00 | 0 |
| FMFS5 | 5' Steel Folding Multifunction | | | 0 | $0.00 | 0 |
| FMFS6 | 6' Steel Folding Multifunction | 132 | $180.00 | 0 | $0.00 | 0 |
| MF-GR | Multifunction Guard Rail Set | 40 | $125.00 | 0 | $0.00 | 0 |
| MF-NOR | Multifunction Outrigger Narrow | 6 | $15.00 | 0 | $0.00 | 0 |
| MF-WOR | Multifunction Outrigger Wide | 18 | $30.00 | 0 | $0.00 | 0 |
| NOR-SET | N. Outrigger w/ Caster set | 44 | $100.00 | 0 | $0.00 | 0 |
| WOR-SET | W. Outrigger w/ Caster set | 92 | $165.00 | 0 | $0.00 | 0 |

## Decking

| Item # | Description | Unit Wt./Lbs | Sale Price | Qty Ordered | Total Sale $ | Total Wt Lbs |
|---|---|---|---|---|---|---|
| B8 | 8' Board | 29 | $22.50 | 0 | $0.00 | 0 |
| B16 | 16' Board | 58 | $40.50 | 0 | $0.00 | 0 |
| AD10 | 10' Aluminum Deck | 40 | $129.00 | 0 | $0.00 | 0 |
| AP10 | 10' Aluminum/Ply Deck | 40 | $115.00 | 0 | $0.00 | 0 |
| AD7 | 7' Aluminum Deck | 28 | $99.00 | 0 | $0.00 | 0 |
| AP7 | 7' Aluminum/Ply Deck | 28 | $85.00 | 0 | $0.00 | 0 |

## Brackets

| Item # | Description | Unit Wt./Lbs | Sale Price | Qty Ordered | Total Sale $ | Total Wt Lbs |
|---|---|---|---|---|---|---|
| SB20-RH | 20" Side Bracket | 9.25 | $13.50 | 0 | $0.00 | 0 |
| EB20-EH | 20" End Bracket | 8 | $15.25 | 0 | $0.00 | 0 |

## Casters & Adapters

| Item # | Description | Unit Wt./Lbs | Sale Price | Qty Ordered | Total Sale $ | Total Wt Lbs |
|---|---|---|---|---|---|---|
| C8R | 8" Caster | 13.5 | $22.00 | 0 | $0.00 | 0 |
| C12PL | 12" Plate Caster - Poly | 37.4 | $144.00 | 0 | $0.00 | 0 |
| C12P | 12" Pin Caster - Poly | 38 | $144.00 | 0 | $0.00 | 0 |
| C12T | 12" Plate Caster - Pneumatic | 34 | $156.00 | 0 | $0.00 | 0 |
| ADP-R | Plate Adapter - Ringlock | 8.3 | $25.00 | 0 | $0.00 | 0 |
| ADP-C | Plate Adapter - Cuplock | 8.3 | $25.00 | 0 | $0.00 | 0 |
| ADP-F | Plate Adapter - Frame | 8 | $25.00 | 0 | $0.00 | 0 |
| ADP-J | Plate Adapter - Jack | 17.5 | $37.00 | 0 | $0.00 | 0 |

## Tube & Clamp

| Item # | Description | Unit Wt./Lbs | Sale Price | Qty Ordered | Total Sale $ | Total Wt Lbs |
|---|---|---|---|---|---|---|
| TL4 | 4' Tubelok | 10 | $12.50 | 0 | $0.00 | 0 |
| TL6 | 6' Tubelok | 14 | $15.50 | 0 | $0.00 | 0 |
| TL8 | 8' Tubelok | 17 | $19.25 | 0 | $0.00 | 0 |
| TL10 | 10' Tubelok | 21 | $23.25 | 0 | $0.00 | 0 |
| TL13 | 13' Tubelok | 27 | $29.25 | 0 | $0.00 | 0 |
| RAC | Right Angle | 2.9 | $3.95 | 0 | $0.00 | 0 |
| SWC | Swivel | 3 | $4.95 | 0 | $0.00 | 0 |
| BMC | Beam Clamp | 3.5 | $7.50 | 0 | $0.00 | 0 |
| SWR | Scaffold Wrench | 2 | $76.00 | 0 | $0.00 | 0 |

Customer: Doug Dollinger

Phone #: 846-562-8601

Shipping: 12660 NY

716# Pallet 60x60x26
370# Bundle 120x22x22

Total Weight: 1,001.50

Total: $254.80
Freight:
Sales Tax: $0.00
Total: $1,256.30

1033

CC#

Exp. Date:

Billing



Exhibit J

# CITY OF NEWBURGH
## CODE COMPLIANCE DEPARTMENT
123 Grand St. Newburgh, NY 12550
Telephone: (845) 569-7400  Fax: (845) 569-0096

Date: 6/2/2006

SBL: 30.-5-22

To: 96 BROADWAY LLC
96 BROADWAY
NEWBURGH, NY 12550

Re: Violation Notice Number: 2006-3635
At: 96 Broadway

Property Owned By:  96 BROADWAY LLC
Premises Occupied By:

PLEASE TAKE NOTICE:
That upon inspection duly made in accordance with the City of Newburgh Code of Ordinances, it appears that there is upon the premises or property located as name above a violation of the  CITY CODE OF ORDINANCE  Specifically it is believed that there is a violation of Section: 122.20(A) CITY CODE

There is reason to believe that said condition is Dangerous to Public Safety AND SHALL BE CORRECTED AT ONCE. Failure to comply with this notice may result in penlaty as prescribed by the Ordinances of the City Of Newburgh.

DESCRIPTION OF VIOLATION: 96 BROADWAY
122.20(A).  WHENEVER THE BUILDING OFFICIAL HAS REASONABLE GROUNDS TO BELIEVE THAT WORK ON ANY BUILDING OR STRUCTURE IS BEING PROSECUTED IN VIOLATION OF THE PROVISIONS OF THE APPLICABLE BUILDING PERMIT AS ISSUED OR IN AN UNSAFE AND DANGEROUS MANNER, HE SHALL NOTIFY THE OWNER OF THE PROPERTY OR THE OWNER'S AGENT OR THE PERSON PERFORMING THE WORK TO SUSPEND ALL WORK, AND ANY SUCH PERSON SHALL FORTHWITH STOP SUCH WORK AND SUSPEND ALL BUILDING ACTIVITIES UNTIL THE STOP ORDER HAS BEEN RESCINDED.

CORRECTIVE ACTION NEEDED:
STOP WORK!  EXISTING CONSTRUCTION DOES NOT REFLECT APPROVED DRAWINGS. CEASE AND DESIST ALL WORK UNTIL DRAWINGS ARE AMENDED AND APPROVED BY THIS OFFICE.

By Order Of:

You are hereby advised to notify this office when this violation has been corrected by calling the number listed above. At that time you should request an appointment for reinspection of the property. If you have any questions concerning this violation, please call this office and request to speak to: BRUCE TERWILLIGER

CITY OF NEWBURGH
BUILDING INSPECTOR'S OFFICE
DAILY INSPECTION RECORD

___ UPDATE      ____ NO INSPECTION      ____ EXTERIOR      ___ VACANT

INSPECTION NUMBER_____ VIOLATION NUMBER_____

DATE OF INSPECTION___ 6-2-06 ___

ADDRESS: __96 Broadway__
SECTION:_____      BLOCK:_____      LOT:_____      ZONE_____

OWNER: (NAME AND ADDRESS)

_____

_____ PHONE_____

TYPE OF INSPECTION: __X NEW INSPECTION ____ REINSPECTION                7/6/06
                                    REINSPECTION DATE: 7-3-06
                                                                        10:00 PM

REASON FOR INSPECTION:
___ BUILDING PERMIT      ____ INFORMATIONAL      X GENERAL
___ C OF O                ____ NEIGHBORHOOD/BLOCK  ___ COURT RE
___ COMPLAINT             ____ PLUMBING           ___ PRE-RENTAL
NUMBER OF VIOLATIONS FOUND___ 1      NUMBER OF VIOLATIONS CORRECTED___ 0
UNIFORM CODE OCC. CLASS_____      NFPA PROPERTY USE CODE_____
ARRIVAL TIME: __10:00__      COMPLETION TIME: __10:15__
NUMBER OF DU'S (IF RESIDENTIAL)_____      PASS/(FAIL) INSPECTION_____

INSPECTED BY:
___ GIAMETTA __X TERWILLIGER ___ MORRILL ___ BRANSON _____ POST
___ JAMES NELSON
___ A.C. MANDOSKE
___ L.T. WISEMAN

| LIST OF VIOLATIONS OR COMMENTS: | CODE NUMBER | AREA |
|---|---|---|
| STOP WORK Existing construction doesn't reflect approved drawings. Cease & desist all work until drawings are amended & approved by this office. | 122-20 A | Entire Building 2006-3635 |
| | | |
| | | |
| | | |
| | | |

**Michael B. Curry**
**8 Grand St. First floor**
**Newburgh, NY 12550**
**845 569 1719**

May 30, 2006

Bill Cummings
Director Code Compliance
Old Courthouse
123 Grand St.
Newburgh, NY 12550
re: 96 B'way

Dear Mr. Cummings,

As you are aware, I performed a review of the building file for 96 B'way on May 25 2006. This project is on a key intersection and is imperative work progresses quickly, properly, safely and in a manner sensitive to the neighborhood.

As mentioned I was disappointed no drawings for the work currently progressing nor any previous revisions, were on file, at that time, and per our discussion were most likely "out in the field." This situation is of considerable concern to me. The owner should provide sufficient copies of plans for your department to have a field copy and a file copy, drawings can be invaluable to rescue workers in the case of a collapse or other emergency.

My next concern is the permit request submitted Jan 17 2006 noted a 2 business and 2 residential floors. This is not concurrent with the three story office Certificate of Occupancy filed in1977. No subsequent CO's were apparent in the file. Nor does the permit application appear to concur with the Permitted uses, and the permitted three story maximum, required in the TC-1 Zone. Of course I reserve judgement until the approved drawings may be reviewed.

I am concerned I saw no evidence the contractor's Workmans Compensation insurance certificates were on file prior to May 9th. However, work apparently progressed prior to that date.

I would note that Mr. Eric Knute Olson's (owners licenced architect) letter of Feb 3rd 2006 noted multiple inspections and found structure in "very good condition" and "lintels true and not loose" and found the building appropriate for roof and joist repairs. Mr. Wheldon Abt (the citys' consulting Architect) in his letter of Feb 3rd apparently referred the structural situation to "someone else" No other information in reference to the structural conditions were present in the file. I am concerned that no information from any licenced professional exists in reference to the conditions involved in the demolition of the front of the building.

It is troubling that, while permit 2006-0094 was issued for roof repairs only on February 6. This permit appears to have been modified on Mar 24 "as per plans." Mr Abt expressed concern in his letter of Jan 23 that the plans did not, at that time, address code compliance. Mr. Abt was clear that, the scope of work exceeded the estimate of $150,000 however that number was apparently approved in the permit process.

There have apparently been several meetings in reference to the project however no minutes were apparent in the file.

I am concerned that, now the owner has apparently not yet filed for a certificate of appropriateness with the ARC as you have ordered, as none was in the file. Exterior work continues daily after you have ordered "no exterior work." The building remains completely open to the elements. The removed brick and joists are all apparently stockpiled on site. I am worried the building may remain open and unprotected from the elements as the in wait of the public hearing.

I find it unfortunate that, Mr. Dollingers' (owners' representative) letter in 2005 showing intent to begin work apparently went unanswered. In my opinion a form letter outlining the building permit process, may have nipped this situation in the bud.

As this building is in such a prominent location, and governed by the buildings abandoned code, the city should make effort to ensure work continues, is done safely within the codes and standards set forth. As this situation has been a subject of city council meetings and newspaper articles, I forward copy to Council.

Sincerely,

Michael Curry

cc:    Robert McKenna Director, Economic Development
        Mayor & council
        Geoff Chanin
        Geoff Chanin ico ARC
        Geoff Chanin ico ZBA
        Elizabeth McKean Records

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

96 E Broadway USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To   96 Broadway LLC
Street, Apt. No.; or PO Box No.   96 Broadway
City, State, ZIP+4   Newburgh N.Y. 12550

PS Form 3800, June 2002                    See Reverse for Instructions

7005 3110 0004 2677 9512

Exhibit K

CITY OF NEWBURGH
BUILDING INSPECTOR'S OFFICE
DAILY INSPECTION RECORD

___ UPDATE     ___ NO INSPECTION     ___ EXTERIOR     ___ VACANT

INSPECTION NUMBER_____     VIOLATION NUMBER_____

DATE OF INSPECTION  6-6-06

ADDRESS:  96 Broadway
SECTION:_____     BLOCK:_____     LOT:_____     ZONE_____

OWNER: (NAME AND ADDRESS)

_____
_____
_____PHONE_____

TYPE OF INSPECTION: ___NEW INSPECTION ___REINSPECTION
                                           REINSPECTION DATE:_____

REASON FOR INSPECTION:
___ BUILDING PERMIT        X INFORMATIONAL        ___ GENERAL
___ C OF O                 ___ NEIGHBORHOOD/BLOCK  ___ COURT RE
___ COMPLAINT              ___ PLUMBING            ___ PRE-RENTAL

NUMBER OF VIOLATIONS FOUND  O      NUMBER OF VIOLATIONS CORRECTED  O

UNIFORM CODE OCC. CLASS_____     NFPA PROPERTY USE CODE_____
ARRIVAL TIME:  1:00                      COMPLETION TIME:  1:30
NUMBER OF DU'S (IF RESIDENTIAL)_____  PASS/FAIL INSPECTION_____

INSPECTED BY:
___ GIAMETTA   X TERWILLIGER ___ MORRILL ___ BRANSON ___ POST
___ JAMES NELSON
___ A.C. MANDOSKE
___ L.T. WISEMAN

| LIST OF VIOLATIONS OR COMMENTS: | CODE NUMBER | AREA |
|---|---|---|
| Code Supervisor Bill Cummings, City Engineer Mike Lamaraury, Code officer Terrwilliger & owner Doug Dollinger met & discussed what had to be done to lift stop work order | | |
| | | |
| | | |
| | | |

Exhibit L

**ORIGINAL**

## APPLICATION FOR ARCHITECTURAL
## REVIEW COMMISSION
## CITY OF NEWBURGH

**123 GRAND STREET**                    **PHONE 569-7400**

AR NUMBER _2006-39_    DATE SUBMITTED _6-2-06_

MEETING DATE _6-13-06_

### INSTRUCTIONS

This application must be completely filled in by typewriter or printed in ink and submitted to the building inspectors office. If the applicant is not the owner, a letter must accompany this application from the owner giving permission for the work to be done on said property.

Please include a drawing showing the location of lot and buildings on premises, relationship to adjoining premises or public streets or areas. A description of the layout of the property must be on the diagram, which is a part of this application, or be drawn as a separate item and submitted with this application.

This application must describe the nature and scope of the work to be performed, the materials and equipment to be used and details of structural installations.

LOCATION OF PROPERTY: _96 BROADWAY_
(GIVE STREET NUMBER AND NAME OR NAME AND DISTANCE FROM NEAREST CROSS STREET)

OWNERS NAME: _96 Broadway LLC_

OWNERS ADDRESS: _96 Broadway, Newburgh, NY 12550_

OWNERS PHONE: _845-562-9601_

PLACE PICTURE HERE:
PLEASE NOTE: FAILURE TO SUBMIT PICTURE WITH APPLICATION WILL
CONSTITUTE NO REVIEW OF THE APPLICATION BY THE ARCHITECTURAL
REVIEW COMMISSION**

30
5
22

# APPLICATION FOR ARCHITECTURAL
# REVIEW COMMISSION
# CITY OF NEWBURGH

1. Nature of work to be performed: (Check which is applicable)

   Addition: ✔  Alteration: ✔  Repair: ✔
   Demolition: ____  Other: ____
   Doors: ✔  Roof: ✔  Windows: ✔  Sign: ____
   Soffits: ____  Cornices: ✔  Fences: ____  Decks: ____
   Pointing: ____  Spindles: ____  Railings: ____  Steps: ✔
   Recommendation to Planning Board: ____
   Recommendation to Zoning Board of Appeals: ____

2. Total square footage of proposed building: _N/A_
   IF NEEDED

3. Size of lot: _N/A_

4. Name of Engineer or Architect: _ERIC KNUTE OSBORN_
   IF NEEDED

   Address: _7 JOYCE PLACE, STONY POINT, N.Y. 10980_

   Phone: _845-496-9000_

5. Name of Contractor: _MAXIMUM SOLUTIONS_

   Address: _PO BOX 47, Bellvale, NY 10912_

   Phone: _845-592-4377_

PROVIDE A BRIEF DESCRIPTION OF THE FOLLOWING: Attach product literature,
photo's, sketches, etc. of work.

- Description of work to be done, materials being used, dimensions of work, color of
  paint being used, etc.:

_ADDITION, ALTERATIONS, Repair_
_DOORS, ROOF, Windows, STEPS, Clock, FINIALS_
_COLUMNS, DECORATIVE CORNICES_
_Beige + White Paint_

Variance or Special Permit: For recommendations only; Please circle one or both whichever
applies.
Please explain what variance or special use permit is for: _N/A_

## APPLICATION FOR ARCHITECTURAL
## REVIEW COMMISSION
## CITY OF NEWBURGH

STARTING DATE: ——— March 2006

TO BE FINISHED SIX MONTHS FROM STARTING DATE: October 2006

DRAW SKETCH HERE:

See Amend Sketch Photo

I UNDERSTAND AND AGREE THAT NO WORK ON THIS REQUEST SHALL
COMMENCE UNTIL WRITTEN APPROVAL HAS BEEN GIVEN BY THE
ARCHITECTURAL REVIEW COMMISSION AND APPROVAL FROM THE
BUILDING INSPECTOR.

PRINT NAME AND SIGN

D. Dollinger

(signature of owner)

*617.20*
*Appendix A*
*State Environmental Quality Review*
FULL ENVIRONMENTAL ASSESSMENT FORM

Purpose: The full EAF is designed to help applicants and agencies determine, in an orderly manner, whether a project or action may be significant. The question of whether an action may be significant is not always easy to answer. Frequently, there are aspects of a project that are subjective or unmeasurable. It is also understood that those who determine significance may have little or no formal knowledge of the environment or may not be technically expert in environmental analysis. In addition, many who have knowledge in one particular area may not be aware of the broader concerns affecting the question of significance.

The full EAF is intended to provide a method whereby applicants and agencies can be assured that the determination process has been orderly, comprehensive in nature, yet flexible enough to allow introduction of information to fit a project or action.

Full EAF Components: The full EAF is comprised of three parts:

Part 1:   Provides objective data and information about a given project and its site. By identifying basic project data, it assists a reviewer in the analysis that takes place in Parts 2 and 3.

Part 2:   Focuses on identifying the range of possible impacts that may occur from a project or action. It provides guidance as to whether an impact is likely to be considered small to moderate or whether it is a potentially-large impact. The form also identifies whether an impact can be mitigated or reduced.

Part 3:   If any impact in Part 2 is identified as potentially-large, then Part 3 is used to evaluate whether or not the impact is actually important.

---

## THIS AREA FOR <u>LEAD AGENCY</u> USE ONLY

## DETERMINATION OF SIGNIFICANCE -- Type 1 and Unlisted Actions

Identify the Portions of EAF completed for this project:     ☒ Part 1          ☐ Part 2          ☐ Part 3
Upon review of the information recorded on this EAF (Parts 1 and 2 and 3 if appropriate), and any other supporting information, and considering both the magnitude and importance of each impact, it is reasonably determined by the lead agency that:

☒ A.   The project will not result in any large and important impact(s) and, therefore, is one which will not have a significant impact on the environment, therefore a negative declaration will be prepared.

☐ B.   Although the project could have a significant effect on the environment, there will not be a significant effect for this Unlisted Action because the mitigation measures described in PART 3 have been required, therefore a CONDITIONED negative declaration will be prepared.*

☐ C.   The project may result in one or more large and important impacts that may have a significant impact on the environment, therefore a positive declaration will be prepared.

*A Conditioned Negative Declaration is only valid for Unlisted Actions

_____96 Broadway LLC_____
Name of Action

_____
Name of Lead Agency

_____         _____
Print or Type Name of Responsible Officer in Lead Agency         Title of Responsible Officer

_____         _____
Signature of Responsible Officer in Lead Agency         Signature of Preparer (If different from responsible officer)

## PART 1--PROJECT INFORMATION
### Prepared by Project Sponsor

NOTICE: This document is designed to assist in determining whether the action proposed may have a significant effect on the environment. Please complete the entire form, Parts A through E. Answers to these questions will be considered as part of the application for approval and may be subject to further verification and public review. Provide any additional information you believe will be needed to complete Parts 2 and 3.

It is expected that completion of the full EAF will be dependent on information currently available and will not involve new studies, research or investigation. If information requiring such additional work is unavailable, so indicate and specify each instance.

Name of Action _____ 96 Broadway LLC _____

Location of Action (include Street Address, Municipality and County)

_____ 96 Broadway, Newburgh, NY 12550.    Orange County _____

Name of Applicant/Sponsor _____ Law Offices of Douglas R. Dollinger _____

Address _____ 96 Broadway _____

City / PO _____ Newburgh _____    State _NY_    Zip Code _12550_

Business Telephone _____ 845-562-9601 _____

Name of Owner (if different) _____

Address _____

City / PO _____ State _____ Zip Code _____

Business Telephone _____

Description of Action:

Please Complete Each Question--Indicate N.A. if not applicable

## A. SITE DESCRIPTION
Physical setting of overall project, both developed and undeveloped areas.

1. Present Land Use: ☐ Urban   ☐ Industrial   ☒ Commercial   ☐ Residential (suburban)   ☐ Rural (non-farm)
   ☐ Forest   ☐ Agriculture   ☐ Other _____

2. Total acreage of project area: **NA** acres.

| APPROXIMATE ACREAGE | PRESENTLY | AFTER COMPLETION |
|---|---|---|
| Meadow or Brushland (Non-agricultural) | _____ acres | _____ acres |
| Forested | _____ acres | _____ acres |
| Agricultural (Includes orchards, cropland, pasture, etc.) | _____ acres | _____ acres |
| Wetland (Freshwater or tidal as per Articles 24.25 of ECL) | _____ acres | _____ acres |
| Water Surface Area | _____ acres | _____ acres |
| Unvegetated (Rock, earth or fill) | _____ acres | _____ acres |
| Roads, buildings and other paved surfaces | _____ acres | _____ acres |
| Other (Indicate type) _____ | _____ acres | _____ acres |

3. What is predominant soil type(s) on project site? **NA**

   a. Soil drainage:  ☐ Well drained ____% of site   ☐ Moderately well drained ____% of site.
      ☐ Poorly drained ____% of site

   b. If any agricultural land is involved, how many acres of soil are classified within soil group 1 through 4 of the NYS Land Classification System? _____ acres (see 1 NYCRR 370).

4. Are there bedrock outcroppings on project site? ☐ Yes   ☒ No

   a. What is depth to bedrock _____ (in feet)

5. Approximate percentage of proposed project site with slopes:
   ☒ 0-10% ____%   ☐ 10-15% ____%   ☐ 15% or greater ____%

6. Is project substantially contiguous to, or contain a building, site, or district, listed on the State or National Registers of Historic Places? ☐ Yes   ☒ No

7. Is project substantially contiguous to a site listed on the Register of National Natural Landmarks? ☐ Yes   ☒ No

8. What is the depth of the water table? **NA** (in feet)

9. Is site located over a primary, principal, or sole source aquifer? ☐ Yes   ☒ No

10. Do hunting, fishing or shell fishing opportunities presently exist in the project area? ☐ Yes   ☒ No

11. Does project site contain any species of plant or animal life that is identified as threatened or endangered?  ☐ Yes  ☒ No

According to:

Identify each species:

12. Are there any unique or unusual land forms on the project site? (i.e., cliffs, dunes, other geological formations?

☐ Yes   ☒ No

Describe:

13. Is the project site presently used by the community or neighborhood as an open space or recreation area?

☐ Yes   ☒ No

If yes, explain:

14. Does the present site include scenic views known to be important to the community?   ☐ Yes   ☒ No

15. Streams within or contiguous to project area:

NA

a.   Name of Stream and name of River to which it is tributary

16.  Lakes, ponds, wetland areas within or contiguous to project area:

NA

b.   Size (in acres):

17. Is the site served by existing public utilities? ☒ Yes  ☐ No

   a. If YES, does sufficient capacity exist to allow connection? ☒ Yes  ☐ No

   b. If YES, will improvements be necessary to allow connection? ☒ Yes  ☐ No

18. Is the site located in an agricultural district certified pursuant to Agriculture and Markets Law, Article 25-AA, Section 303 and 304? ☐ Yes  ☒ No

19. Is the site located in or substantially contiguous to a Critical Environmental Area designated pursuant to Article 8 of the ECL and 6 NYCRR 617? ☐ Yes  ☒ No

20. Has the site ever been used for the disposal of solid or hazardous wastes? ☐ Yes  ☒ No

B. **Project Description**

1. Physical dimensions and scale of project (fill in dimensions as appropriate).

   a. Total contiguous acreage owned or controlled by project sponsor: __1/4__ acres.

   b. Project acreage to be developed: __NA__ acres initially; _____ acres ultimately.

   c. Project acreage to remain undeveloped: __NA__ acres.

   d. Length of project, in miles: __NA__ (if appropriate)

   e. If the project is an expansion, indicate percent of expansion proposed. __20__ %

   f. Number of off-street parking spaces existing _____; proposed _____   *Owner has provided seperate parking LOT iN EXCESS of Limited Amount of parking SPACES*

   g. Maximum vehicular trips generated per hour: __NA__ (upon completion of project)?

   h. If residential: Number and type of housing units: NA

| | One Family | Two Family | Multiple Family | Condominium |
|---|---|---|---|---|
| Initially | | | | |
| Ultimately | | | | |

   i. Dimensions (in feet) of largest proposed structure: _____ height; _____ width; _____ length.

   j. Linear feet of frontage along a public thoroughfare project will occupy is? _____ ft.

2. How much natural material (i.e. rock, earth, etc.) will be removed from the site? __NA__ tons/cubic yards.

3. Will disturbed areas be reclaimed ☐ Yes  ☐ No  ☒ N/A

   a. If yes, for what intended purpose is the site being reclaimed?

   b. Will topsoil be stockpiled for reclamation? ☐ Yes  ☐ No  NA

   c. Will upper subsoil be stockpiled for reclamation? ☐ Yes  ☐ No  NA

4. How many acres of vegetation (trees, shrubs, ground covers) will be removed from site? __0__ acres.

5. Will any mature forest (over 100 years old) or other locally-important vegetation be removed by this project?

    ☐ Yes   ☒ No

6. If single phase project: Anticipated period of construction: ___6___ months, (including demolition)

7. If multi-phased: NA

   a.  Total number of phases anticipated _____ (number)

   b.  Anticipated date of commencement phase 1: _____ month _____ year, (including demolition)

   c.  Approximate completion date of final phase: _____ month _____ year.

   d.  Is phase 1 functionally dependent on subsequent phases? ☐ Yes ☐ No

8. Will blasting occur during construction? ☐ Yes ☒ No

9. Number of jobs generated: during construction ___6___ ; after project is complete ___25___

10. Number of jobs eliminated by this project ___0___

11. Will project require relocation of any projects or facilities? ☐ Yes ☒ No

   If yes, explain:

   [blank box]

12. Is surface liquid waste disposal involved? ☐ Yes ☒ No

   a.  If yes, indicate type of waste (sewage, industrial, etc) and amount _____

   b.  Name of water body into which effluent will be discharged _____

13. Is subsurface liquid waste disposal involved? ☐ Yes ☒ No   Type _____

14. Will surface area of an existing water body increase or decrease by proposal? ☐ Yes ☒ No

   If yes, explain:

   [blank box]

15. Is project or any portion of project located in a 100 year flood plain? ☐ Yes ☒ No

16. Will the project generate solid waste? ☐ Yes ☒ No

   a.  If yes, what is the amount per month? _____ tons

   b.  If yes, will an existing solid waste facility be used? ☐ Yes ☐ No

   c.  If yes, give name _____ ; location _____

   d.  Will any wastes not go into a sewage disposal system or into a sanitary landfill? ☐ Yes ☐ No

e. If yes, explain:

17. Will the project involve the disposal of solid waste? ☐ Yes ☒ No

    a. If yes, what is the anticipated rate of disposal? _____ tons/month.

    b. If yes, what is the anticipated site life? _____ years.

18. Will project use herbicides or pesticides? ☐ Yes ☒ No

19. Will project routinely produce odors (more than one hour per day)? ☐ Yes ☒ No

20. Will project produce operating noise exceeding the local ambient noise levels? ☐ Yes ☒ No

21. Will project result in an increase in energy use? ☐ Yes ☒ No

    If yes, indicate type(s)

22. If water supply is from wells, indicate pumping capacity __NA__ gallons/minute.

23. Total anticipated water usage per day __NA__ gallons/day.

24. Does project involve Local, State or Federal funding? ☐ Yes ☒ No

    If yes, explain:

25. Approvals Required:

|  | | | Type | Submittal Date |
|---|---|---|---|---|
| City, Town, Village Board | ☐ Yes | ☒ No | | |
| City, Town, Village Planning Board | ☒ Yes | ☐ No | Dept & Building | March 06 |
| City, Town Zoning Board | ☐ Yes | ☒ No | | |
| City, County Health Department | ☐ Yes | ☒ No | | |
| Other Local Agencies | ☐ Yes | ☒ No | | |
| Other Regional Agencies | ☐ Yes | ☒ No | | |
| State Agencies | ☐ Yes | ☒ No | | |
| Federal Agencies | ☐ Yes | ☒ No | | |

C. Zoning and Planning Information

1. Does proposed action involve a planning or zoning decision? ☐ Yes ☒ No

If Yes, indicate decision required:

☐ Zoning amendment      ☐ Zoning variance        ☐ New/revision of master plan    ☐ Subdivision

☐ Site plan             ☐ Special use permit     ☐ Resource management plan       ☐ Other

Page 8 of 21

2.  What is the zoning classification(s) of the site?

NA

3.  What is the maximum potential development of the site if developed as permitted by the present zoning?

NA

4.  What is the proposed zoning of the site?

NA

5.  What is the maximum potential development of the site if developed as permitted by the proposed zoning?

NA

6.  Is the proposed action consistent with the recommended uses in adopted local land use plans?    ☒Yes    ☐No

7.  What are the predominant land use(s) and zoning classifications within a ¼ mile radius of proposed action?

Commercial
Retail
RESTAURANTS

8.  Is the proposed action compatible with adjoining/surrounding land uses with a ¼ mile?    ☒Yes    ☐No

9.  If the proposed action is the subdivision of land, how many lots are proposed?    NA

   a.  What is the minimum lot size proposed?

10. Will proposed action require any authorization(s) for the formation of sewer or water districts? ☐ Yes ☒ No

11. Will the proposed action create a demand for any community-provided services (recreation, education, police, fire protection?

☐ Yes   ☒ No

a.  If yes, is existing capacity sufficient to handle projected demand?   ☐ Yes   ☒ No

12. Will the proposed action result in the generation of traffic significantly above present levels?   ☐ Yes ☐ No

a.  If yes, is the existing road network adequate to handle the additional traffic.   ☐ Yes   ☐ No

D.  Informational Details

Attach any additional information as may be needed to clarify your project. If there are or may be any adverse impacts associated with your proposal, please discuss such impacts and the measures which you propose to mitigate or avoid them.

E.  Verification

I certify that the information provided above is true to the best of my knowledge.

Applicant/Sponsor Name  _LAW Offices of Douglas R Dollinger_   Date  _6-2-06_

Signature  _____

Title  _ATTORNEY For 96 Broadway, LLC_

If the action is in the Coastal Area, and you are a state agency, complete the Coastal Assessment Form before proceeding with this assessment.

## PART 2 - PROJECT IMPACTS AND THEIR MAGNITUDE
### Responsibility of Lead Agency

**General Information (Read Carefully)**

!　In completing the form the reviewer should be guided by the question: Have my responses and determinations been reasonable? The reviewer is not expected to be an expert environmental analyst.

!　The Examples provided are to assist the reviewer by showing types of impacts and wherever possible the threshold of magnitude that would trigger a response in column 2. The examples are generally applicable throughout the State and for most situations. But, for any specific project or site other examples and/or lower thresholds may be appropriate for a Potential Large Impact response, thus requiring evaluation in Part 3.

!　The impacts of each project, on each site, in each locality, will vary. Therefore, the examples are illustrative and have been offered as guidance. They do not constitute an exhaustive list of impacts and thresholds to answer each question.

!　The number of examples per question does not indicate the importance of each question.

!　In identifying impacts, consider long term, short term and cumulative effects.

**Instructions (Read carefully)**

a.　Answer each of the 20 questions in PART 2. Answer Yes if there will be any impact.

b.　Maybe answers should be considered as Yes answers.

c.　If answering Yes to a question then check the appropriate box(column 1 or 2)to indicate the potential size of the impact. If impact threshold equals or exceeds any example provided, check column 2. If impact will occur but threshold is lower than example, check column 1.

d.　Identifying that an impact will be potentially large (column 2) does not mean that it is also necessarily significant. Any large impact must be evaluated in PART 3 to determine significance. Identifying an impact in column 2 simply asks that it be looked at further.

e.　If reviewer has doubt about size of the impact then consider the impact as potentially large and proceed to PART 3.

f.　If a potentially large impact checked in column 2 can be mitigated by change(s) in the project to a small to moderate impact, also check the Yes box in column 3. A No response indicates that such a reduction is not possible. This must be explained in Part 3.

| | 1<br>Small to<br>Moderate<br>Impact | 2<br>Potential<br>Large<br>Impact | 3<br>Can Impact Be<br>Mitigated by<br>Project Change |
|---|---|---|---|

### Impact on Land

**1. Will the Proposed Action result in a physical change to the project site?**

NO ☒    YES ☐

| Examples that would apply to column 2 | | | |
|---|---|---|---|
| Any construction on slopes of 15% or greater, (15 foot rise per 100 foot of length), or where the general slopes in the project area exceed 10%. | ☐ | ☐ | ☐ Yes ☐ No |
| Construction on land where the depth to the water table is less than 3 feet. | ☐ | ☐ | ☐ Yes ☐ No |
| Construction of paved parking area for 1,000 or more vehicles. | ☐ | ☐ | ☐ Yes ☐ No |
| Construction on land where bedrock is exposed or generally within 3 feet of existing ground surface. | ☐ | ☐ | ☐ Yes ☐ No |
| Construction that will continue for more than 1 year or involve more than one phase or stage. | ☐ | ☐ | ☐ Yes ☐ No |
| Excavation for mining purposes that would remove more than 1,000 tons of natural material (i.e., rock or soil) per year. | ☐ | ☐ | ☐ Yes ☐ No |

| | 1<br>Small to<br>Moderate<br>Impact | 2<br>Potential<br>Large<br>Impact | 3<br>Can Impact Be<br>Mitigated by<br>Project Change |
|---|---|---|---|
| Construction or expansion of a sanitary landfill. | ☐ | ☐ | ☐ Yes ☐ No |
| Construction in a designated floodway. | ☐ | ☐ | ☐ Yes ☐ No |
| Other impacts: | ☐ | ☐ | ☐ Yes ☐ No |

2. Will there be an effect to any unique or unusual land forms found on the site? (i.e., cliffs, dunes, geological formations, etc.)

☐ NO    ☐ YES

| | | | |
|---|---|---|---|
| Specific land forms: | ☐ | ☐ | ☐ Yes ☐ No |

## Impact on Water

3. Will Proposed Action affect any water body designated as protected?
(Under Articles 15, 24, 25 of the Environmental Conservation Law, ECL)

☐ NO    ☐ YES

Examples that would apply to column 2

| | | | |
|---|---|---|---|
| Developable area of site contains a protected water body. | ☐ | ☐ | ☐ Yes ☐ No |
| Dredging more than 100 cubic yards of material from channel of a protected stream. | ☐ | ☐ | ☐ Yes ☐ No |
| Extension of utility distribution facilities through a protected water body. | ☐ | ☐ | ☐ Yes ☐ No |
| Construction in a designated freshwater or tidal wetland. | ☐ | ☐ | ☐ Yes ☐ No |
| Other impacts: | ☐ | ☐ | ☐ Yes ☐ No |

4. Will Proposed Action affect any non-protected existing or new body of water?

☐ NO    ☐ YES

Examples that would apply to column 2

| | | | |
|---|---|---|---|
| A 10% increase or decrease in the surface area of any body of water or more than a 10 acre increase or decrease. | ☐ | ☐ | ☐ Yes ☐ No |
| Construction of a body of water that exceeds 10 acres of surface area. | ☐ | ☐ | ☐ Yes ☐ No |
| Other impacts: | ☐ | ☐ | ☐ Yes ☐ No |

|  | 1<br>Small to<br>Moderate<br>Impact | 2<br>Potential<br>Large<br>Impact | 3<br>Can Impact Be<br>Mitigated by<br>Project Change |
|---|---|---|---|

5. Will Proposed Action affect surface or groundwater quality or quantity?

☒ NO    ☐ YES

| Examples that would apply to column 2 | 1 | 2 | 3 |
|---|---|---|---|
| Proposed Action will require a discharge permit. | ☐ | ☐ | ☐ Yes ☐ No |
| Proposed Action requires use of a source of water that does not have approval to serve proposed (project) action. | ☐ | ☐ | ☐ Yes ☐ No |
| Proposed Action requires water supply from wells with greater than 45 gallons per minute pumping capacity. | ☐ | ☐ | ☐ Yes ☐ No |
| Construction or operation causing any contamination of a water supply system. | ☐ | ☐ | ☐ Yes ☐ No |
| Proposed Action will adversely affect groundwater. | ☐ | ☐ | ☐ Yes ☐ No |
| Liquid effluent will be conveyed off the site to facilities which presently do not exist or have inadequate capacity. | ☐ | ☐ | ☐ Yes ☐ No |
| Proposed Action would use water in excess of 20,000 gallons per day. | ☐ | ☐ | ☐ Yes ☐ No |
| Proposed Action will likely cause siltation or other discharge into an existing body of water to the extent that there will be an obvious visual contrast to natural conditions. | ☐ | ☐ | ☐ Yes ☐ No |
| Proposed Action will require the storage of petroleum or chemical products greater than 1,100 gallons. | ☐ | ☐ | ☐ Yes ☐ No |
| Proposed Action will allow residential uses in areas without water and/or sewer services. | ☐ | ☐ | ☐ Yes ☐ No |
| Proposed Action locates commercial and/or industrial uses which may require new or expansion of existing waste treatment and/or storage facilities. | ☐ | ☐ | ☐ Yes ☐ No |
| Other impacts: | ☐ | ☐ | ☐ Yes ☐ No |

| | 1<br>Small to<br>Moderate<br>Impact | 2<br>Potential<br>Large<br>Impact | 3<br>Can Impact Be<br>Mitigated by<br>Project Change |
|---|---|---|---|

6. Will Proposed Action alter drainage flow or patterns, or surface water runoff?

☒ NO  ☐ YES

Examples that would apply to column 2

| | 1 | 2 | 3 |
|---|---|---|---|
| • Proposed Action would change flood water flows | ☐ | ☐ | ☐ Yes ☐ No |
| • Proposed Action may cause substantial erosion. | ☐ | ☐ | ☐ Yes ☐ No |
| • Proposed Action is incompatible with existing drainage patterns. | ☐ | ☐ | ☐ Yes ☐ No |
| • Proposed Action will allow development in a designated floodway. | ☐ | ☐ | ☐ Yes ☐ No |
| • Other impacts: | ☐ | ☐ | ☐ Yes ☐ No |

IMPACT ON AIR

7. Will Proposed Action affect air quality?

☒ NO  ☐ YES

Examples that would apply to column 2

| | 1 | 2 | 3 |
|---|---|---|---|
| • Proposed Action will induce 1,000 or more vehicle trips in any given hour. | ☐ | ☐ | ☐ Yes ☐ No |
| • Proposed Action will result in the incineration of more than 1 ton of refuse per hour. | ☐ | ☐ | ☐ Yes ☐ No |
| • Emission rate of total contaminants will exceed 5 lbs. per hour or a heat source producing more than 10 million BTU's per hour. | ☐ | ☐ | ☐ Yes ☐ No |
| • Proposed Action will allow an increase in the amount of land committed to industrial use. | ☐ | ☐ | ☐ Yes ☐ No |
| • Proposed Action will allow an increase in the density of industrial development within existing industrial areas. | ☐ | ☐ | ☐ Yes ☐ No |
| • Other impacts: | ☐ | ☐ | ☐ Yes ☐ No |

IMPACT ON PLANTS AND ANIMALS

8. Will Proposed Action affect any threatened or endangered species?

☒ NO  ☐ YES

Examples that would apply to column 2

| | 1 | 2 | 3 |
|---|---|---|---|
| • Reduction of one or more species listed on the New York or Federal list, using the site, over or near the site, or found on the site. | ☐ | ☐ | ☐ Yes ☐ No |

| | 1<br>Small to<br>Moderate<br>Impact | 2<br>Potential<br>Large<br>Impact | 3<br>Can Impact Be<br>Mitigated by<br>Project Change |
|---|---|---|---|

- Removal of any portion of a critical or significant wildlife habitat. ☐ ☐ ☐ Yes ☐ No

- Application of pesticide or herbicide more than twice a year, other than for agricultural purposes. ☐ ☐ ☐ Yes ☐ No

- Other impacts: ☐ ☐ ☐ Yes ☐ No

> [ ]

9.  Will Proposed Action substantially affect non-threatened or non-endangered species?

☒ NO    ☐ YES

Examples that would apply to column 2

- Proposed Action would substantially interfere with any resident or migratory fish, shellfish or wildlife species. ☐ ☐ ☐ Yes ☐ No

- Proposed Action requires the removal of more than 10 acres of mature forest (over 100 years of age) or other locally important vegetation. ☐ ☐ ☐ Yes ☐ No

- Other impacts: ☐ ☐ ☐ Yes ☐ No

> [ ]

**IMPACT ON AGRICULTURAL LAND RESOURCES**

10. Will Proposed Action affect agricultural land resources?

☒ NO    ☐ YES

Examples that would apply to column 2

- The Proposed Action would sever, cross or limit access to agricultural land (includes cropland, hayfields, pasture, vineyard, orchard, etc.) ☐ ☐ ☐ Yes ☐ No

- Construction activity would excavate or compact the soil profile of agricultural land. ☐ ☐ ☐ Yes ☐ No

- The Proposed Action would irreversibly convert more than 10 acres of agricultural land or, if located in an Agricultural District, more than 2.5 acres of agricultural land. ☐ ☐ ☐ Yes ☐ No

| | 1<br>Small to<br>Moderate<br>Impact | 2<br>Potential<br>Large<br>Impact | 3<br>Can Impact Be<br>Mitigated by<br>Project Change |
|---|---|---|---|
| The Proposed Action would disrupt or prevent installation of agricultural land management systems (e.g., subsurface drain lines, outlet ditches, strip cropping); or create a need for such measures (e.g. cause a farm field to drain poorly due to increased runoff). | ☐ | ☐ | ☐ Yes ☐ No |
| Other impacts: | ☐ | ☐ | ☐ Yes ☐ No |

IMPACT ON AESTHETIC RESOURCES

11. Will Proposed Action affect aesthetic resources? (If necessary, use the Visual EAF Addendum in Section 617.20, Appendix B.)
☒ NO    ☐ YES

| Examples that would apply to column 2 | | | |
|---|---|---|---|
| Proposed land uses, or project components obviously different from or in sharp contrast to current surrounding land use patterns, whether man-made or natural. | ☐ | ☐ | ☐ Yes ☐ No |
| Proposed land uses, or project components visible to users of aesthetic resources which will eliminate or significantly reduce their enjoyment of the aesthetic qualities of that resource. | ☐ | ☐ | ☐ Yes ☐ No |
| Project components that will result in the elimination or significant screening of scenic views known to be important to the area. | ☐ | ☐ | ☐ Yes ☐ No |
| Other impacts: | ☐ | ☐ | ☐ Yes ☐ No |

IMPACT ON HISTORIC AND ARCHAEOLOGICAL RESOURCES

12. Will Proposed Action impact any site or structure of historic, prehistoric or paleontological importance?
☒ NO    ☐ YES

| Examples that would apply to column 2 | | | |
|---|---|---|---|
| Proposed Action occurring wholly or partially within or substantially contiguous to any facility or site listed on the State or National Register of historic places. | ☐ | ☐ | ☐ Yes ☐ No |
| Any impact to an archaeological site or fossil bed located within the project site. | ☐ | ☐ | ☐ Yes ☐ No |
| Proposed Action will occur in an area designated as sensitive for archaeological sites on the NYS Site Inventory. | ☐ | ☐ | ☐ Yes ☐ No |

| | 1<br>Small to<br>Moderate<br>Impact | 2<br>Potential<br>Large<br>Impact | 3<br>Can Impact Be<br>Mitigated by<br>Project Change |
|---|---|---|---|
| · Other impacts: | ☐ | ☐ | ☐ Yes ☐ No |

IMPACT ON OPEN SPACE AND RECREATION

13. Will proposed Action affect the quantity or quality of existing or future open spaces or recreational opportunities?

☒ NO    ☐ YES

| Examples that would apply to column 2 | | | |
|---|---|---|---|
| · The permanent foreclosure of a future recreational opportunity. | ☐ | ☐ | ☐ Yes ☐ No |
| · A major reduction of an open space important to the community. | ☐ | ☐ | ☐ Yes ☐ No |
| · Other impacts: | ☐ | ☐ | ☐ Yes ☐ No |

IMPACT ON CRITICAL ENVIRONMENTAL AREAS

14. Will Proposed Action impact the exceptional or unique characteristics of a critical environmental area (CEA) established pursuant to subdivision 6NYCRR 617.14(g)?

☒ NO    ☐ YES

List the environmental characteristics that caused the designation of the CEA.

| Examples that would apply to column 2 | | | |
|---|---|---|---|
| · Proposed Action to locate within the CEA? | ☐ | ☐ | ☐ Yes ☐ No |
| · Proposed Action will result in a reduction in the quantity of the resource? | ☐ | ☐ | ☐ Yes ☐ No |
| · Proposed Action will result in a reduction in the quality of the resource? | ☐ | ☐ | ☐ Yes ☐ No |
| · Proposed Action will impact the use, function or enjoyment of the resource? | ☐ | ☐ | ☐ Yes ☐ No |
| · Other impacts: | ☐ | ☐ | ☐ Yes ☐ No |

| | 1<br>Small to<br>Moderate<br>Impact | 2<br>Potential<br>Large<br>Impact | 3<br>Can Impact Be<br>Mitigated by<br>Project Change |
|---|---|---|---|

**IMPACT ON TRANSPORTATION**

15. Will there be an effect to existing transportation systems?
☒ NO     ☐ YES

Examples that would apply to column 2

| | | | |
|---|---|---|---|
| • Alteration of present patterns of movement of people and/or goods. | ☐ | ☐ | ☐ Yes  ☐ No |
| • Proposed Action will result in major traffic problems. | ☐ | ☐ | ☐ Yes  ☐ No |
| • Other impacts: | ☐ | ☐ | ☐ Yes  ☐ No |

**IMPACT ON ENERGY**

16. Will Proposed Action affect the community's sources of fuel or energy supply?

☒ NO     ☐ YES

Examples that would apply to column 2

| | | | |
|---|---|---|---|
| • Proposed Action will cause a greater than 5% increase in the use of any form of energy in the municipality. | ☐ | ☐ | ☐ Yes  ☐ No |
| • Proposed Action will require the creation or extension of an energy transmission or supply system to serve more than 50 single or two family residences or to serve a major commercial or industrial use. | ☐ | ☐ | ☐ Yes  ☐ No |
| • Other impacts: | ☐ | ☐ | ☐ Yes  ☐ No |

**NOISE AND ODOR IMPACT**

17. Will there be objectionable odors, noise, or vibration as a result of the Proposed Action?

☒ NO     ☐ YES

Examples that would apply to column 2

| | | | |
|---|---|---|---|
| • Blasting within 1,500 feet of a hospital, school or other sensitive facility. | ☐ | ☐ | ☐ Yes  ☐ No |
| • Odors will occur routinely (more than one hour per day). | ☐ | ☐ | ☐ Yes  ☐ No |
| • Proposed Action will produce operating noise exceeding the local ambient noise levels for noise outside of structures. | ☐ | ☐ | ☐ Yes  ☐ No |
| • Proposed Action will remove natural barriers that would act as a noise screen. | ☐ | ☐ | ☐ Yes  ☐ No |
| • Other impacts: | ☐ | ☐ | ☐ Yes  ☐ No |

|  | 1<br>Small to<br>Moderate<br>Impact | 2<br>Potential<br>Large<br>Impact | 3<br>Can Impact Be<br>Mitigated by<br>Project Change |
|---|---|---|---|

### IMPACT ON PUBLIC HEALTH

18. Will Proposed Action affect public health and safety?

☒ NO    ☐ YES

| | | | |
|---|---|---|---|
| · Proposed Action may cause a risk of explosion or release of hazardous substances (i.e. oil, pesticides, chemicals, radiation, etc.) in the event of accident or upset conditions, or there may be a chronic low level discharge or emission. | ☐ | ☐ | ☐ Yes ☐ No |
| · Proposed Action may result in the burial of "hazardous wastes" in any form (i.e. toxic, poisonous, highly reactive, radioactive, irritating, infectious, etc.) | ☐ | ☐ | ☐ Yes ☐ No |
| · Storage facilities for one million or more gallons of liquefied natural gas or other flammable liquids. | ☐ | ☐ | ☐ Yes ☐ No |
| · Proposed Action may result in the excavation or other disturbance within 2,000 feet of a site used for the disposal of solid or hazardous waste. | ☐ | ☐ | ☐ Yes ☐ No |
| · Other impacts: | ☐ | ☐ | ☐ Yes ☐ No |

### IMPACT ON GROWTH AND CHARACTER
### OF COMMUNITY OR NEIGHBORHOOD

19. Will Proposed Action affect the character of the existing community?

☒ NO    ☐ YES

Examples that would apply to column 2

| | | | |
|---|---|---|---|
| · The permanent population of the city, town or village in which the project is located is likely to grow by more than 5%. | ☐ | ☐ | ☐ Yes ☐ No |
| · The municipal budget for capital expenditures or operating services will increase by more than 5% per year as a result of this project. | ☐ | ☐ | ☐ Yes ☐ No |
| · Proposed Action will conflict with officially adopted plans or goals. | ☐ | ☐ | ☐ Yes ☐ No |
| · Proposed Action will cause a change in the density of land use. | ☐ | ☐ | ☐ Yes ☐ No |
| · Proposed Action will replace or eliminate existing facilities, structures or areas of historic importance to the community. | ☐ | ☐ | ☐ Yes ☐ No |
| · Development will create a demand for additional community services (e.g. schools, police and fire, etc.) | ☐ | ☐ | ☐ Yes ☐ No |

|  | 1<br>Small to<br>Moderate<br>Impact | 2<br>Potential<br>Large<br>Impact | 3<br>Can Impact Be<br>Mitigated by<br>Project Change | |
|---|---|---|---|---|
| | | | ☐ Yes | ☐ No |
| Proposed Action will set an important precedent for future projects. | ☐ | ☐ | | |
| | | | ☐ Yes | ☐ No |
| Proposed Action will create or eliminate employment. | ☐ | ☐ | ☐ Yes | ☐ No |

Other impacts:

20. Is there, or is there likely to be, public controversy related to potential adverse environment impacts?

☒ NO    ☐ YES

If Any Action in Part 2 Is Identified as a Potential Large Impact or If you Cannot Determine the Magnitude of Impact, Proceed to Part 3

## Part 3 - EVALUATION OF THE IMPORTANCE OF IMPACTS

### Responsibility of Lead Agency

Part 3 must be prepared if one or more impact(s) is considered to be potentially large, even if the impact(s) may be mitigated.

Instructions (If you need more space, attach additional sheets)

Discuss the following for each impact identified in Column 2 of Part 2:

1.   Briefly describe the impact.

2.   Describe (if applicable) how the impact could be mitigated or reduced to a small to moderate impact by project change(s).

3.   Based on the information available, decide if it is reasonable to conclude that this impact is important.

   To answer the question of importance, consider:

      I The probability of the impact occurring
      I The duration of the impact
      I Its irreversibility, including permanently lost resources of value
      I Whether the impact can or will be controlled
      I The regional consequence of the impact
      I Its potential divergence from local needs and goals
      I Whether known objections to the project relate to this impact.

