UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
THE CITY OF NEWBURGH,

                          Plaintiff,                    **AFFIDAVIT OF SERVICE**

             -against-
                                                        07 CV 6419 (SCR) (MLF)

96 BROADWAY, LLC and
DOUGLAS R. DOLLINGER,

                          Defendants.
----------------------------------------------------------X

STATE OF NEW YORK)
                 ) ss.:
COUNTY OF ORANGE)

        NANCY ACEVEDO, being duly sworn, deposes and says:

        1. I am not a party to this action, am over 18 years of age, and reside at Plattekill, New York.

        2. On July 30, 2007, I served a true copy of the annexed Notice of Motion, Attorney's
Affirmation and Memorandum of Law, in the following manner:

        By mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or
official depository for the U.S. Postal Service within the State of New York, addressed to the last known
address of the addressee(s) as indicated below:

TO:    DOUGLAS R. DOLLINGER, Pro-se
       P.O. Box 1111
       96 Broadway
       City of Newburgh
       Newburgh, New York 12550
       Tel. No. (845) 562-9601

Sworn to before me this
30th day of July, 2007.

_____                    _____
Notary Public                                        NANCY ACEVEDO

BETH S. AARON
Notary Public, State of New York
Qualified in Orange County
Registration No. 01AA6046860
Commission Expires August 21, 20___