UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF NEWBURGH,<br><br>               Plaintiff(s),<br>vs.<br><br><br><br>96 BROADWAY, LLC and<br>DOUGLAS R. DOLLINGER, | ) HON. STEPHEN ROBINSON<br>)<br>)<br>) Case No.: 07CV 6419 (SCR)(MLF)<br>)<br>)<br>)<br>) NOTICE OF MOTON FOR DISMISSAL<br>) OF THE CITY'S COMPLAINT<br>) PURSUANT TO RCP 12(b)(6)<br>)<br>)<br>) |

*PLEASE TAKE NOTICE*, that upon the Affidavit of Douglas R. Dollinger, Pro Se, duly sworn to on the 19th, day of October 2007; the Exhibits annexed thereto and herein, and upon all of the prior proceedings and pleads the undersigned will move this Court before the Hon. Stephen Robinson at the United States District Courthouse for the Southern District of New York , on the 19th day of November 2007, at 9:30 o'clock in the forenoon of that day, or as soon thereafter as counsel can be heard for an order:

    1)    pursuant to FRCP 12(b)(6) dismissing the CITY of NEWBURGH's Complaint against DOUGLAS R. DOLLINGER.

    2)    for such other and further relief as to this Court may deem just and proper.

Notice of Motion FRCP 12(b)(6).

Law Office of Douglas R. Dollinger & Associates
96 Broadway, City of Newburgh, Newburgh, New York 12550* Tele. 845.562.9601- Facs. 845.562.9602
-1-

*PLEASE TAKE FURTHER NOTICE*, that any and all papers to be used in opposition hereto shall be served upon the undersigned at least ten (10) days before the return date hereof.

Dated: Newburgh, New York
October 19, 2007

By: _____
DOUGLAS R. DOLLINGER, Pro Se
Attorney for Defendant(s)
96 Broadway
City of Newburgh
Newburgh, New York 12550
Tele. 845.562.9601
Facs. 845.562.9602

To: TARSHIS, CATANIA, LIBERTH, MAHON & MILIGRAM, PLLC
Attorneys for Plaintiff
One Corwin Court
P.O. Box 1479
Newburgh, New York 12550
Tel. No. 845.565.1100

Notice of Motion FRCP 12(b)(6).

Law Office of Douglas R. Dollinger & Associates
96 Broadway, City of Newburgh, Newburgh, New York 12550* Tele. 845.562.9601- Facs. 845.562.9602
-2-