TARSHIS, CATANIA, LIBERTH, MAHON & MILLIGRAM, PLLC
ATTORNEYS AND COUNSELLORS AT LAW

STEVEN L. TARSHIS, L.L.M. Taxation
JOSEPH A. CATANIA, JR.
RICHARD F. LIBERTH
RICHARD M. MAHON, II
STEVEN I. MILLIGRAM

BANKRUPTCY COUNSEL
LAWRENCE M. KLEIN

ONE CORWIN COURT
POST OFFICE BOX 1479
NEWBURGH, NEW YORK 12550
(845) 565-1100
1-800-344-5655

FAX (845) 565-1999
(FAX SERVICE NOT ACCEPTED)

E-MAIL tclmm@tclmm.com
www.tclmm.com

RALPH L. PUGLIELLE, JR.
JOHN D. MINEHAN
HOBART J. SIMPSON
RHETT D. WEIRES
MARK L. SCHUH
PAUL S. ERNENWEIN
NICHOLAS A. PASCALE
JULIA GOINGS-PERROT
DANIEL F. SULLIVAN
PATRICIA S. PEREZ
JASON D. MINARD
LYNN A. PISCOPO

WRITER'S DIRECT NO.
(845) 569-4319

WRITER'S E-MAIL
npascale@tclmm.com

**VIA ECF & REGULAR MAIL**

December 5, 2007

Honorable Stephen C. Robinson
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

   Re: City of Newburgh vs 96 Broadway, LLC
      96 Broadway, LLC v. City of Newburgh
      Our File No. 00799-55986
      Orange County Supreme Court Index No. 2007-5544
      **Case No. 07cv 6419 (SCR)**

Dear Judge Robinson:

  Please accept this letter stipulation which has been signed by attorneys for all the parties to the above matter.

  The parties have conferred, and a stipulation of settlement has been reached regarding the City of Newburgh's request to enforce the State Court's temporary restraining order in the above matter. A copy of that stipulation is provided to you under separate cover.

  As part and parcel of those settlement discussions, defendant 96 Broadway, LLC and Douglas Dollinger, Esq. have agreed to withdraw the request to file a Rule 11 motion against plaintiff, City of Newburgh.

  This letter is in response to the minute entry for proceedings held before Your Honor at an interim pre-trial conference on October 30, 2007 received by email notification today, December 5, 2007.

TARSHIS, CATANIA, LIBERTH, MAHON & MILLIGRAM, PLLC

Honorable Stephen C. Robinson
December 5, 2007
Page 2

This letter has been signed by attorneys for all parties to the above matter.

Respectfully Submitted:

NICHOLAS A. PASCALE

NAP/lmf/423919
FYI: SIM (via email: smilligram@tclmm.com)

DATED:

ACCEPTED & AGREED TO THIS
5th DAY OF DECEMBER, 2007:

By: DOUGLAS DOLLINGER, ESQ.

DATED: 12/5/2007

ACCEPTED & AGREED TO THIS
5th DAY OF DECEMBER, 2007:

By: NICHOLAS A. PASCALE, ESQ.